886 A.2d 222

Alonzo R. BOYD, Appellant

v.

COMMONWEALTH of Pennsylvania, Pennsylvania DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Oct. 20, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of October 2005, the Order of the Commonwealth Court is **AFFIRMED.**